**Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel:  (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE BEGG, on behalf of himself and all others similarly situated,** | **C.A. No.: 5:20-cv-03173-EJD** |
| **Plaintiff** | **DISMISSAL ORDER** |
| **-against-** | |
| **PLANET BEAUTY, INC.,** | |
| **Defendant** | |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 24, 2021 Notice of Voluntary Dismissal, all claims asserted against Defendant in Civil Action No: **5:20-cv-03173-EJD**, are dismissed with prejudice as to the claims of the named Plaintiff, and without prejudice as to the claims of the class members; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _____24th_____ **day of** _____February_____, **2021.**

_____

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE